Marsha BURNS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 65490.

Missouri Court of Appeals,
Western District.

Jan. 23, 2007.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 27, 2007.

Application for Transfer Denied
May 1, 2007.

Cheryl Ann Pilate, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang, Jayne T. Woods, Office of Attorney General, Jefferson City, for respondent.

Before RONALD R. HOLLIGER, Presiding Judge, PAUL M. SPINDEN, Judge, and LISA WHITE HARDWICK, Judge.

### ORDER

Marsha Burns appeals the circuit court's judgment denying her Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).

■

Robert BURNS, Sr., Appellant,

v.

STATE of Missouri, Respondent.

No. WD 65487.

Missouri Court of Appeals,
Western District.

Jan. 23, 2007.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 27, 2007.

Application for Transfer Denied
May 1, 2007.

Elizabeth Unger Carlyle, Columbus, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang, Jayne T. Woods, Office of Attorney General, Jefferson City; for respondent.

Before RONALD R. HOLLIGER, Presiding Judge, PAUL M. SPINDEN, Judge, and LISA WHITE HARDWICK, Judge.

### ORDER

Robert Burns, Sr., appeals the circuit court's judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).